# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Todd R. Eldridge<br>Amber L. Eldridge,<br><br>Debtors. | Chapter 13<br><br>Bankruptcy No. 09-00161-C |

### DEBTORS' MOTION TO MODIFY PLAN AFTER CONFIRMATION

The Debtors, by counsel, pursuant to 11 U.S.C. §1329 hereby move for an order allowing them to modify their Chapter 13 Plan after confirmation, and state:

1. The Debtors filed their bankruptcy case on January 29, 2009, and their Plan was confirmed on June 1, 2009. This Plan has not heretofore been modified.

2. The Debtors have received federal and state tax refunds for tax year 2012 totaling $1,780.00. They filed a motion to retain these refunds based on orthodontic expenses, and withdrew the motion after the trustee objected.

3. The Debtors have incurred several unusual expenses in the past one year, including a necessary driveway repair job and unusually high out-of-pocket medical costs. Attached hereto is an estimate of the cost of repairing their driveway, which totaled $3,900. This repair was done and paid for by the Debtors.

4. The Debtors are delinquent on their plan payments by $1,030.00 through July of 2013. Their next payment is due at the end of August.

5.  The cost of the driveway repair exceeds the total of the tax refunds and the amount by which they are currently delinquent by $1,090.00. In other words, given that their budget did not anticipate such large home repairs (their budget provided $125.00 per month, which would be necessary for more routine maintenance costs), the Debtors are short $1,090.00 even if the Court allows them to retain the tax refunds and deem the current arrearage to be cured.

6.  Accordingly, the Debtors hereby move that their Plan be modified as follows:

   a.  The Debtors shall retain their 2012 income tax refunds;

   b.  The current arrearage of $1,030 shall be deemed cured without further payment by the Debtors; and

   c.  The August 2013 payment shall be reduced to be $189.30 (the current scheduled payment of $1,279.30 minus the aforementioned $1,090.00).

7.  In all other respects, the original confirmed Plan will remain unchanged.

WHEREFORE, the Debtors pray that the Court sustain this Motion to Modify Chapter 13 Plan absent timely objection thereto.

Dated this 1st day of August, 2013

/s/ Steven G. Klesner
Steven G. Klesner   000013024
JOHNSTON, STANNARD, KLESNER,
BURBIDGE & FITZGERALD, P.L.C.
1927 Keokuk Street, PO Box 3400
Iowa City, IA 52244
steve@iclawfirm.com
(319)338-9852 Telephone
(319)354-7265 Facsimile
ATTORNEY FOR DEBTORS

# Hanna Concrete & Construction

1801 S Pierce Avenue

Mason City, IA 50401-5653

DATE 8/21/12

**PROPOSAL SUBMITTED TO**
TODD ELDRIDGE
3314 BRANDYWINE
MASON CITY, IA 50401

PHONE 4-8798 ?

JOB NAME Concrete

JOB LOCATION Residence

| ARCHITECT | DATE OF PLANS | JOB PHONE |
|---|---|---|
|  |  |  |

We hereby submit specifications and estimates for:

FORM AND POUR FILL, COMPACT: 14'x 8½' PATIO Behind house
1"x4" TREATED AGAINST POSTS AND LEFT IN PLACE
$500.00

Remove AND Replace APPROX:
17 YDS' DRIVEWAY    7x4' STOOP        RAISE ELEVATION TO
6x8 SIDEWALK       17x3' SIDEWALK     STOOP Height ON SIDEWALK
18x3 SIDEWALK      10x3' SIDEWALK TO STREET
                   4" 4000# CONCRETE
$3400.00

**TERMS: CASH**
In case of action on this contract, owner agrees to pay costs of collection including attorney's fees.
Interest of 1 1/2% per month will be charged on accounts having an unpaid balance beyond thirty days. This is effective interest rate of 18% per year.

**We Propose** hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:

THIRTY NINE HUNDRED                                    dollars ($ 3900. ).

Payment to be made as follows:
AT COMPLETION IN FULL

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized Signature

Note: This proposal may be withdrawn by us if not accepted within _____ days.

**Acceptance of Proposal** - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance 10/10/12

Signature

Signature Amber Eldridge

Lemon Printing Co.